**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE:  Archie Lee Peterson**<br>**Docket Number:  0972 1:20CR00010-1**<br>**<u>ORDER TO RETURN PASSPORT</u>** |

Your Honor:

On August 24, 2015, the defendant surrendered his passport to the Central District of California Pretrial Services Office in reference to an Indictment filed in that district under docket number CR15-00466-FMO-1.  On December 7, 2017, he was sentenced to a term of Probation and supervision commenced in the Eastern District of California.  On January 21, 2020, jurisdiction was accepted by the Eastern District of California.  A motion was not filed with the Court in the Central District of California to release the passport back to the defendant at the time of his sentencing.  His supervision will expire on December 6, 2020; therefore, we request his passport be returned to him.

| | |
|---|---|
| **Respectfully submitted,** | **Reviewed by,** |
| *Julie R. Martin* | *Lonnie G. Stockton* |
| **JULIE MARTIN**<br>Sr. United States Probation Officer | **LONNIE E. STOCKTON**<br>Supervising United States Probation Officer |

**Dated:**  November 3, 2020
　　　　　Bakersfield, California
　　　　　JRM:jrm

1

**RE:**  **Archie Lee Peterson**
         **Docket Number:   0972 1:20CR00010-1**
         **ORDER TO RETURN PASSPORT**

---

## ORDER OF THE COURT

**THE COURT ORDERS: If the passport of the defendant, Archie Lee Peterson, is still in the possession of the Central District of California Pretrial Services Office or the Central District of California Clerk of the Courts Office, it be returned to him.**

☒  Approved          ☐  Disapproved

IT IS SO ORDERED.

Dated:  **November 4, 2020**                        _____
                                                     UNITED STATES DISTRICT JUDGE

Attachment(s)

cc:   Scott Michael Lara
      Assistant United States Attorney, Central District of California

      To be assigned
      Assistant United States Attorney, Eastern District of California

      Josef Sadat
      Defense Counsel